## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 04-cv-2574-REB-OES

SERGIO MARTINEZ,

    Plaintiff,

v.

OVERNITE TRANSPORTATION COMPANY, a Virginia corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The parties have filed a **Stipulation of Dismissal With Prejudice** [#14] on September 26, 2005.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

    **THEREFORE IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal With Prejudice** [#14] on September 26, 2005, is **APPROVED**;

    2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs; and

3.  That the Trial Preparation Conference set for September 8, 2006, and the jury trial set to commence September 25, 2006, are **VACATED**.

Dated this 16th day of September, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Court